Attachment A

| Case Number/Title |
|---|
| 1:23-cv-00506-JAO-BMK; 2CCV-23-0000376<br>419 Front Street Associates LLC v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00507-JAO-BMK; 2CCV-23-0000286<br>Alvarez v. Maui Electric Company, Limited, et al |
| 1:23-cv-00508-JAO-BMK; 2CCV-23-0000259<br>Cox, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00509-JAO-BMK; 2CCV-23-0000234<br>Sanchez v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00510-JAO-BMK; 2CCV-23-0000256<br>Cuevas-Reyes v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00511-JAO-BMK; 2CCV-23-0000306<br>Association of Apartment Owners of Aina-Nalu v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00512-JAO-BMK; 2CCV-23-0000331<br>Degama v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00513-JAO-BMK; 2CCV-23-0000348<br>Sandoval v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00514-JAO-BMK; 2CCV-23-0000272<br>Gloege v. Maui Electric Company, Limited et al |
| 1:23-cv-00515-JAO-BMK; 2CCV-23-0000312<br>Association of Apartment Owners of Channel House v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00516-JAO-BMK; 2CCV-23-0000343<br>Lahaina Waterfront LLC v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00517-JAO-BMK; 2CCV-23-0000225<br>Gomes v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00518-JAO-BMK; 2CCV-23-0000313<br>Association of Apartment Owners of Lahaina Residential Condominium v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00519-JAO-BMK; 2CCV-23-0000282<br>Grogan v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00520-JAO-BMK; 2CCV-23-0000270<br>Laidlaw, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00521-JAO-BMK; 2CCV-23-0000227<br>Apo v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00522-JAO-BMK; 2CCV-23-0000328<br>Shalabi, et al. v. Hawaiian Electric Industries, Inc. et al. |

Attachment A

| |
|---|
| 1:23-cv-00523-JAO-BMK; **2CCV-23-0000239**<br>Grumet v. Maui Electric Company Limited et al |
| 1:23-cv-00524-JAO-BMK; **2CCV-23-0000281**<br>Lansford v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00525-JAO-BMK; **2CCV-23-0000326**<br>Arrick v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00526-JAO-BMK; **2CCV-23-0000322**<br>Harris, et al. v. Hawaiian Electric Industries, Inc., et al |
| 1:23-cv-00528-JAO-BMK; **2CCV-23-0000337**<br>Asato, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00529-JAO-BMK; **2CCV-23-0000319**<br>Sharma v. Maui Electric Company, Limited et al |
| 1:23-cv-00530-JAO-BMK; **2CCV-23-0000345**<br>Manibog, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00531-JAO-BMK; **2CCV-23-0000269**<br>Baird v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00532-JAO-BMK; **2CCV-23-0000255**<br>Maratea, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00533-JAO-BMK; **2CCV-23-0000334**<br>Henry v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00534-JAO-BMK; **1CCV-23-0001045**<br>Showcase Hawaii Productions, LLC, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00535-JAO-BMK; **2CCV-23-0000309**<br>Bertelsen et al v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00536-JAO-BMK; **2CCV-23-0000237**<br>Jantoc v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00537-JAO-BMK; **1CCV-23-0001114**<br>Jose v. Maui Electric Company, Limited et al |
| 1:23-cv-00538-JAO-BMK; **2CCV-23-0000265**<br>Smith v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00539-JAO-BMK; **2CCV-23-0000316**<br>Kanemitsu v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00540-JAO-BMK; **2CCV-23-0000336**<br>Buza, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00541-JAO-BMK; **2CCV-23-0000228**<br>McIntire v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00542-JAO-BMK; **2CCV-23-0000310**<br>Spreiter v. Maui Electric Company, Limited et al |

Attachment A

| |
|---|
| 1:23-cv-00543-JAO-BMK; **2CCV-23-0000342** <br> Kinley v. Maui Electric Company, Limited et al |
| 1:23-cv-00544-JAO-BMK; **2CCV-23-0000276** <br> Millington v. Maui Electric Company Limited, et al. |
| 1:23-cv-00545-JAO-BMK; **2CCV-23-0000356** <br> Camanse v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00546-JAO-BMK; **2CCV-23-0000365** <br> Ko v. Maui Electric Company, Limited et al |
| 1:23-cv-00547-JAO-BMK; **2CCV-23-0000335** <br> Stefl v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00548-JAO-BMK; **2CCV-23-0000283** <br> Morales v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00549-JAO-BMK; **2CCV-23-0000243** <br> Kohler v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00550-JAO-BMK; **2CCV-23-0000317** <br> Camanse, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00551-JAO-BMK; **2CCV-23-0000258** <br> Kron v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00552-JAO-BMK; **2CCV-23-0000368** <br> Sunio v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00553-JAO-BMK; **2CCV-23-0000340** <br> Carter v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00554-JAO-BMK; **2CCV-23-0000298** <br> Na'Aikane O Maui, a Hawaii Non-Profit Corporation, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00555-JAO-BMK; **2CCV-23-0000366** <br> Kuskowski v. Maui Electric Company, Limited et al |
| 1:23-cv-00556-JAO-BMK; **2CCV-23-0000235** <br> Tanabe v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00557-JAO-BMK; **2CCV-23-0000273** <br> Castro v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00558-JAO-BMK; **2CCV-23-0000330** <br> Nordstrom v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00559-JAO-BMK; **2CCV-23-0000284** <br> Wireless Solutions Hawaii, LLP v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00560-JAO-BMK; **2CCV-23-0000257** <br> Tefft v. Hawaiian Electric Industries, Inc. et al |

Attachment A

| | |
|---|---|
| 1:23-cv-00561-JAO-BMK; **2CCV-23-0000339** <br> Clarke v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00562-JAO-BMK; **2CCV-23-0000308** <br> Wollenschlaeger v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00564-JAO-BMK; **2CCV-23-0000230** <br> Thomas v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00565-JAO-BMK; **2CCV-23-0000238** <br> County of Maui v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00566-JAO-BMK; **2CCV-23-0000332** <br> Potter, III v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00567-JAO-BMK; **2CCV-23-0000355** <br> Turbin v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00568-JAO-BMK; **2CCV-23-0000324** <br> Russell v. Maui Electric Company, Limited et al | |
| 1:23-cv-00569-JAO-BMK; **2CCV-23-0000371** <br> Randazzo v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00570-JAO-BMK; **2CCV-23-0000254** <br> Sampson v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00571-JAO-BMK; **2CCV-23-0000367** <br> Rawlings v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00573-JAO-BMK; **1CCV-23-0001286** <br> Westside Retail Investments, LLC v. Maui Electric Company, Limited et al | |
| 1:23-cv-00574-JAO-BMK; **2CCV-23-0000311** <br> Virgin Capital, LLC v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00575-JAO-BMK; **2CCV-23-0000251** <br> Wells v. Maui Electric Company, Limited et al | |
| 1:23-cv-00577-JAO-BMK; **1CCV-23-0001181** <br> Rice v. Connors et al | |
| 1:23-cv-00591-JAO-BMK; **2CCV-23-0000392** <br> Allen v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00592-JAO-BMK; **2CCV-23-0000386** <br> Velasco v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00593-JAO-BMK; **2CCV-23-0000397** <br> Tufaga v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00594-JAO-BMK; **2CCV-23-0000395** <br> Castillo v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00595-JAO-BMK; **2CCV-23-0000398** <br> Mahon v. Hawaiian Electric Industries, Inc. et al | |

Attachment A

| | |
|---|---|
| 1:23-cv-00596-JAO-BMK; 2CCV-23-0000387<br>Studenka v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00597-JAO-BMK; 2CCV-23-0000388<br>Malayan Jr. v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00004-JAO-BMK; 2CCV-23-0000409<br>Curtis v. Maui Electric Company, Limited et al | |
| 1:24-cv-00042-JAO-BMK; 2CCV-23-0000401<br>Association of Apartment Owners of the Spinnaker v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00043-JAO-BMK; 2CCV-23-0000399<br>Arnds v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00044-JAO-BMK; 2CCV-23-0000428<br>Ulman v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00045-JAO-BMK; 2CCV-23-0000406<br>Carlson v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00046-JAO-BMK; 2CCV-24-0000025<br>Trilogy Corporation v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00047-JAO-BMK; 2CCV-23-0000429<br>Tingle v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00048-JAO-BMK; 2CCV-23-0000413<br>Gobel v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00049-JAO-BMK; 2CCV-23-0000422<br>Shepard v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00050-JAO-BMK; 2CCV-23-0000431<br>Sanchez v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00051-JAO-BMK; 2CCV-23-0000414<br>Honda v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00052-JAO-BMK; 2CCV-23-0000423<br>Neri v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00053-JAO-BMK; 2CCV-23-0000418<br>Miller v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00054-JAO-BMK; 2CCV-23-0000420<br>Koyama v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00055-JAO-BMK; 2CCV-23-0000421<br>Medina v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00056-JAO-BMK; 2CCV-23-0000416<br>Maui Kai Enterprises LLC v. Maui Electric Company, Limited et al | |
| 1:24-cv-00057-JAO-BMK; 2CCV-23-0000432<br>Koyama v. Hawaiian Electric Industries, Inc. et al | |

Attachment A

| |
|---|
| 1:24-cv-00081-JAO-BMK; **2CCV-24-0000030** <br> Captain Jacks LLC v. Hawaiian Electric Industries, Inc. et al |
| 1:24-cv-00099-JAO-BMK; **2CCV-24-0000043** <br> Lowson Holdings, LTD. v. Hawaiian Electric Industries, Inc. et al |